# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

vs.                        NO. 4:07CR00232 GTE

**FELIPE VALDEZ GARCIA, SR.**

## ORDER OF DISMISSAL

Pending before the Court is the Motion to Dismiss the Indictment filed by the Government as to Defendant Felipe Valdez Garcia, Sr. For good cause shown the Motion should be granted.

IT IS THEREFORE ORDERED that the indictment in 4:07CR00232-01GTE pending against the Defendant Felipe Valdez Garcia, Sr., be, and it is hereby, dismissed without prejudice. It is FURTHER ORDERED that any active warrants for his arrest in this case be quashed and returned unexecuted.

Dated this 15th day of March, 2011.

                                                  /s/ Garnett Thomas Eisele
                                             UNITED STATES DISTRICT JUDGE